THE PEOPLE OF THE STATE OF NEW YORK v. ABRAHAM BRODATS.—Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

OTTO C. HEINZE v. UNITED STATES STEAMSHIP COMPANY and Others.—Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

In the Matter of FRANK FULLER, Deceased.—Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

FRANCES G. STODDARD v. WINTER REALTIES, INC., and Others.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

A. STERN & COMPANY v. AVEDON & COMPANY, INC.—Application granted upon defendant's filing stipulation for judgment absolute in event of affirmance. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

NATHAN RUBIN and Others v. FORWARDERS AUTO TRUCKING CORPORATION.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

ISADORE FOGEL and Others v. GUSTAVE WACHT and Others.—Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

EDWARD FALCK v. LEOPOLD WEISS.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

ROSE ROBINSON v. ORANGE MANUFACTURING CORPORATION.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

WELL FINANCED INVESTING COMPANY, INC., v. JULIUS B. BINDER.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

ELIZABETH BERRAS v. DAVID KEANE.— Motion for leave to appeal denied, with ten dollars costs, and stay granted pending application to the Court of Appeals. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.